Dr. Shereen Bobrowsky, disabled, fraud victim
88 Fanshaw Avenue
Yonkers, New York 10705

Honorable Loretta Preska
United States Federal Court
Southern District of New York          **Letter for filing in docket**
500 Pearl Street                                    10 CV 7260
New York, NY                                        Bobrowsky v People of NYS, first
                                                            Amendment issue, Due Process, and
                                                            ADA issues

December 3, 2010

                              RE: Emergency request for oral argument and to
                                    answer by October 18, 2010 renewal motion

Dear Judge Preska,

I cannot get into the complicated issues involved in this case without holding an
emergency oral argument to discuss the ramifications of your "decision and order" that
REMANDED a case back to the City Court of Yonkers whereby ALL Yonkers judges
were court ordered recused and DISQUALIFIED nearly a year ago, part of the new
information you were not privy to when you issued your decision and order to remand to
a court that will not and cannot hear me. Oral argument is respectfully requested urgently
to address complicated issues in this complicated case for which I have no representation.

You have not answered my October 18, 2010 motion to renew and/or rehear your order to
dismiss and REMAND. A Remand to the Yonkers City Court where all judges have been
disqualified by court order will act to deny and prevent me from having any faire remedy
due to issues that I must address before you in federal court on an emergency basis,
without which irreparable harm is inevitable.

Please call me to schedule an emergency conference to be held on any day this coming
week from Monday December 13 through Thursday December 16th to address new and
urgent issues. New information not considered in your decision includes the ORDER that
DISQUALIFIED ALL Yonkers judges which makes a remand to Yonkers an
impossibility for any fair justice as will be explained before you that now requires federal
court intervention with these complicated issues without which no person can obtain any
reasonable fairness in a long standing pattern and practice as will be evidenced.

I ask for you to kindly disclose to me any and all communications and submissions you
received from any person or entity relating to your decision to remand. I received none.
Please also disclose who was served your decision other than myself since I saw no
carbon copy listed. I thank you for your emergency attention in this critical matter.

Very truly yours,
Shereen Bobrowsky, disabled, victim of ongoing fraud
Not edited or reviewed by any attorney